# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | CIVIL NO. 1:15-CV-1454 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **STEPHEN R. GLUNT,** | : | |
| **COMMONWEALTH OF PA,** | : | |
| **PA STATE ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 6th day of December, 2016, upon consideration of petitioner's motions (Docs. 22, 24, 26) for addendum of evidence, and the exhibits submitted therewith (Docs. 22-1, 24-1, 26-1, 26-2), wherein petitioner seeks to submit additional evidence in support of his habeas petition, it is hereby ORDERED that:

1. The motions (Docs. 22, 24, 26) are GRANTED.

2. The exhibits (Docs. 22-1, 24-1, 26-1, 26-2) are accepted as filed.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania