# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY SIMONTON, JR.,** | : | **CIVIL NO. 1:15-CV-1454** |
| | : | |
| Petitioner | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **STEPHEN R. GLUNT,** | : | |
| **COMMONWEALTH OF PA,** | : | |
| **PA STATE ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 12th day of July, 2017, upon consideration of petitioner's motion (Doc. 28) for addendum of evidence, and the exhibits submitted therewith (Doc. 28-1), wherein petitioner seeks to submit additional evidence in support of his habeas petition, it is hereby ORDERED that:

1. The motion (Doc. 28) is GRANTED.

2. The exhibits (Doc. 28-1) are accepted as filed.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania